| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | **Order Filed on March 24, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| **RAS Crane LLC** Attorneys for Secured Creditor 10700 Abbott's Bridge Rd., Suite 170 Duluth, GA 30097 Telephone No.: 973-575-0707 (local) Telephone No.: 561-241-6901 (main) Sindi Mncina, Esq. (237862017) | |
| In Re: **Irving A Malatzky,** **Esperanza Franco-Ortiz aka Esperanza Malatzky** | Case No.:    17-30905 Chapter:    13 Hearing Date: 03/18/2020 Judge:    Rosemary Gambardella |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: March 24, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page **2**
Debtors:     Irving A Malatzky and Esperanza Franco-Ortiz aka Esperanza Malatzky
Case No.:    17-30905
Caption of Order:   **Order Vacating Stay**
_____

Upon the motion of JPMorgan Chase Bank, N.A., ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☐ Real property more fully described as:

☒ Personal property more fully described as:

   2016 Subaru Forester
   VIN Number: JF2SJADC9GH535423

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.