**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR
9004-2(c)**

**RAS Crane LLC**
Attorneys for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone No.: 973-575-0707 (local)
Telephone No.: 561-241-6901 (main)

Sindi Mncina, Esq. (237862017)

Order Filed on March 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Irving A Malatzky,**

**Esperanza Franco-Ortiz aka Esperanza
Malatzky**

Case No.:        17-30905

Chapter:        13

Hearing Date:  03/18/2020

Judge:      Rosemary Gambardella

| Recommended Local Form: | ☑ Followed | ☐ Modified |

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: March 24, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page **2**
Debtors:      Irving A Malatzky and Esperanza Franco-Ortiz aka Esperanza Malatzky
Case No.:     17-30905
Caption of Order:   **Order Vacating Stay**

_____

Upon the motion of JPMorgan Chase Bank, N.A., ("Secured Creditor") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

Real property more fully described as:

☒ Personal property more fully described as:

2016 Subaru Forester
VIN Number: JF2SJADC9GH535423

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-30905-RG
Irving A Malatzky                                                     Chapter 13
Esperanza Franco-Ortiz
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1            Date Rcvd: Mar 25, 2020
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db/jdb       +Irving A Malatzky,   Esperanza Franco-Ortiz,   115 Sussex Road,   Bergenfield, NJ 07621-4030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
          Charles G. Wohlrab   on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Denise E. Carlon   on behalf of Creditor   Specialized Loan Servicing, LLC
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jill Manzo   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Russell L. Low   on behalf of Joint Debtor Esperanza  Franco-Ortiz ecf@lowbankruptcy.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Russell L. Low   on behalf of Debtor Irving A Malatzky ecf@lowbankruptcy.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Sindi Mncina   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. smncina@rascrane.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 8