UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Esperanza Franco-Ortiz

Case No.: 17-30905

Chapter: 13

Judge: RG

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Esperanza Franco-Ortiz__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10/07/2022

Debtor's Signature: *Esperanza Franco*

**IMPORTANT:**

- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.

*rev. 6/16/17*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Irving A. Malatzky

Case No.: 17-30905

Chapter: 13

Judge: RG

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Irving A. Malatzky_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

10/07/2022
Date: _____

_[signature]_
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.**

rev.6/16/17