Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−30905−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Irving A Malatzky
115 Sussex Road
Bergenfield, NJ 07621

Esperanza Franco−Ortiz
aka Esperanza Malatzky
115 Sussex Road
Bergenfield, NJ 07621

Social Security No.:
  xxx−xx−8012
  
  xxx−xx−7765

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 19, 2023</u>

<u>Rosemary Gambardella</u>
Judge, United States Bankruptcy Court